IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

JOSHUA D. BARINGER
STEPHANIE L. BARINGER
  DEBTOR(S)

ROCKET MORTGAGE, LLC f/k/a
QUICKEN LOANS, LLC, f/k/a
QUICKEN LOANS, INC.
  MOVANT

V.

JOSHUA C. BARINGER
STEPHANIE L. BARINGER

  DEBTOR(S)

JACK N. ZAHAROPOULOS
  TRUSTEE

CASE NO. 1:22-02311 HWV

CHAPTER 13

11 U.S.C. 362

**DEBTOR'S ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY
UNDER 11 U.S.C. § 362 FILED ON BEHALF OF ROCKET MORTGAGE, LLC**

AND NOW, this 8th day of March, 2023, come the above Debtors, Joshua D. Baringer

and Stephanie L. Baringer, by their counsel, CGA Law Firm, E. Haley Rohrbaugh, Esquire and

file these answers the Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362 filed on

behalf of Rocket Mortgage, LLC as follows:

1.  Admitted.

2.  Admitted.

3.  Admitted.

4.  Admitted.

5.  Admitted.

6.  Denied that the amount due is as of February 8, 2023 is $ 133,714.84.

7.     Denied. Debtors have made two (2) payments of $935.00 representing the December of 2022 and January of 2023 payments. Following these two good faith payments, Debtors were approved for a Trial Payment Period, and the first payment is due on or before April 1, 2023, which the Debtors will be making timely.

8.     Admitted.

9.     Denied.

10.    Admitted.

11.    Admitted.

WHEREFORE, the Debtors requests that the relief from Stay be denied.

Respectfully submitted,
CGA Law Firm

By: */s/ E. Haley Rohrbaugh* _____
E. Haley Rohrbaugh, Esquire
Sup. Ct. ID No. 323803
135 North George Street
York, PA 17401-1282
Telephone: 717-848-4900
(Counsel for Debtor)

{02256993/1}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

JOSHUA D. BARINGER
STEPHANIE L. BARINGER
        DEBTOR(S)

        CASE NO. 1:22-02311 HWV

ROCKET MORTGAGE, LLC f/k/a
QUICKEN LOANS, LLC, f/k/a
QUICKEN LOANS, INC.
        MOVANT

        CHAPTER 13

        11 U.S.C. 362

V.

JOSHUA C. BARINGER
STEPHANIE L. BARINGER

        DEBTOR(S)

JACK N. ZAHAROPOULOS
        TRUSTEE

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on March 8, 2023, I forwarded a true and correct copy of the attached Response upon the following parties in the following manner:

| Name | Mode of Service |
|------|-----------------|
| Brian Nicholas, Esquire<br>KML Law Group, P. C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106-1532 | ECF |
| Jack N. Zaharopoulos<br>Trustee | ECF |

{02256993/1}

Respectfully submitted,
CGA Law Firm


By: */s/ E. Haley Rohrbaugh* _____
     E. Haley Rohrbaugh, Esquire
     Sup. Ct. ID No. 323803
     135 North George Street
     York, PA 17401-1282
     Telephone: 717-848-4900
     (Counsel for Debtor)