IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
    Joshua D. Baringer
    Stephanie L. Baringer

    Debtors

Case No. 1:22-bk-02311-HWV

Chapter 13

AMENDED ORDER APPROVING THE PAYMENT OF COUNSEL FEES
TO CGA LAW FIRM AS A CHAPTER 13 ADMINISTRATIVE EXPENSES

UPON CONSIDERATION OF a review of the application filed by E. Haley Rohrbaugh, Esquire, counsel for the above Debtors, and upon a review of the record revealing that Notice was given to all creditors and other parties in interest and no objections have been received within the twenty (21) days' notice period, it is hereby

ORDERED that counsel fees for the period of time beginning September 14, 2022, through December 27, 2023, in the amount of $5,594.00 for legal services rendered by said counsel to the Debtors; and for reimbursement to said counsel for out-of-pocket expenses incurred from September 14, 2022, through December 27, 2023, in the amount of $50.66 for a total award of $5,644.66 are hereby approved for services rendered and expenses incurred by CGA Law Firm as a Chapter 13 Administrative Expense. It is further

ORDERED that after receipt of $393.00 from the Debtors, and $0 previously received from the Chapter 13 Trustee, the Standing Chapter 13 Trustee is directed to pay $5,644.66 from the funds that the Trustee has on hand to Debtor's Counsel.

{02399744/1}

It is further Ordered that to the extent that the approval of these fees underfund the Chapter 13 Plan, the Chapter 13 Trustee is directed to pay to the CGA Law Firm the amount available within the current Plan to the funding limit.